**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| CLARA FULLER, ET AL. | CIVIL ACTION NO. 20-0185 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| PETRO-CHEM OPERATING CO., INC. | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections (Record Document 46) thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that the above-captioned case is hereby **DISMISSED**, without prejudice, for lack of subject matter jurisdiction. See Fed.R.Civ.P. 12(h)(3).

**IT IS FURTHER ORDERED** that the Motion for Extension of Time (Record Document 43) is **DENIED AS MOOT**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 15th day of September, 2020.

*/s/ S. Maurice Hicks, Jr.*
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT